UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
                                                    :

UNITED STATES OF AMERICA       :           24 Cr. 239 (JLR)

                    – v. –                 :

CHARLES WHITE,                        :

                       Defendant.    :
------------------------------------------------------ X

The Court hereby authorizes the United States Marshals Service and the Bureau of Prisons ("BOP") to use reasonable force necessary to remove the defendant, Charles White (BOP Reg #12199-511), from the Metropolitan Detention Center to appear at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 23B, New York, New York 10007, on May 2, 2024.

Dated: New York, New York
           May 2, 2024

SO ORDERED

                                                  *Jennifer Rochon*
                                                  _____
                                                  HON. JENNIFER L. ROCHON
                                                  UNITED STATES DISTRICT JUDGE
                                                  SOUTHERN DISTRICT OF NEW YORK