UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Defendant: CHARLES WHITE

Case No. 24cr239 CR/MJ CR ( JLR )

Defendant's Full Name: CHARLES WHITE          USMS #: 12199-511

## MEDICAL ORDER

To:   Metropolitan Detention Center (please email this Order to: **BRO-MedicalAttention-S@bop.gov**)

The above-named defendant is currently detained at the Metropolitan Detention Center ("MDC"). The defendant advised the Court of the following medical condition(s):

*DISLOCATED RIGHT INDEX FINGER*

The defendant advised the Court that the following medication(s) were prescribed to the defendant prior to the defendant's detention at the MDC:

☐ The defendant has been advised that, to facilitate any needed medical attention, the defendant should provide to the MDC health care staff, as soon as practicable, all pertinent medical records associated with the defendant's specific condition(s) referenced above, including but not limited to, records of diagnoses, pharmaceutical records and identified health care providers. The defendant or defense counsel should email such records to **BRO-MedicalAttention-S@bop.gov**. If that is not feasible, the records should be mailed to The Metropolitan Detention Center, Attn: Medical Records, Health Services Department, 80 29th St, Brooklyn, NY 11232. **Please include the defendant's name and inmate number in any correspondence.**

☒ The MDC is directed to assess and address the defendant's medical condition promptly.

☐ [*If applicable*] The MDC is directed to respond to this Order by sending an email response to _____@nysd.uscourts.gov, which includes an update as to the assessment by medical staff of the defendant's medical condition and the care provided, or anticipated to be provided, with a copy to defense counsel at the email address listed below, no later than **5/16/2024**. The MDC respectfully requests that the Court allow at least five business days for a response. If the matter is urgent, such that a response in less than five days is required, please indicate URGENT in the subject line of the transmittal email.

By: *Jennifer Rochon*
U.S. Magistrate Judge/U.S. District Judge

Date: 5/2/24

☒ [*If applicable*] The defendant has requested that the attached signed HIPAA release be provided to the MDC.

Counsel for the defendant: Christopher Flood          Email: christopher_flood@fd.org



OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Charles White | 2/8/87 | |

**Patient Address**

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.
2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.
3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.
4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.
5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.
6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
RIKERS ISLAND / NY DEPT of CORRECTIONS

8. Name and address of person(s) or category of person to whom this information will be sent:

9(a). Specific information to be released:
- ☐ Medical Record from (insert date) _____ to (insert date) _____
- ☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other: _____

Include: (Indicate by Initialing)
CW  **Alcohol/Drug Treatment**
CW  **Mental Health Information**
CW  **HIV-Related Information**

**Authorization to Discuss Health Information**

(b) ☒ By initialing here  CW  Initials,  I authorize  RIKERS ISLAND / NY DEPT of CORRECTIONS  Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
US BUREAU of PRISONS
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☐ At request of individual <br> ☐ Other: | 11. Date or event on which this authorization will expire: |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____  Date: May 2, 2024
Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

Instructions for the Use
of the HIPAA-compliant Authorization Form to
Release Health Information Needed for Litigation

      This form is the product of a collaborative process between the New York State Office of Court Administration, representatives of the medical provider community in New York, and the bench and bar, designed to produce a standard official form that complies with the privacy requirements of the federal Health Insurance Portability and Accountability Act ("HIPAA") and its implementing regulations, to be used to authorize the release of health information needed for litigation in New York State courts. It can, however, be used more broadly than this and be used before litigation has been commenced, or whenever counsel would find it useful.

      The goal was to produce a standard HIPAA-compliant official form to obviate the current disputes which often take place as to whether health information requests made in the course of litigation meet the requirements of the HIPAA Privacy Rule. It should be noted, though, that the form is optional. This form may be filled out on line and downloaded to be signed by hand, or downloaded and filled out entirely on paper.

      When filing out Item 11, which requests the date or event when the authorization will expire, the person filling out the form may designate an event such as "at the conclusion of my court case" or provide a specific date amount of time, such as "3 years from this date".

      If a patient seeks to authorize the release of his or her entire medical record, but only from a certain date, the first two boxes in section 9(a) should both be checked, and the relevant date inserted on the first line containing the first box.