# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

August 27, 2024

**By ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Charles White*
                      24 Cr. 239 (JLR)

Honorable Judge Rochon:

      I represent Charles White in the above-referenced matter. Mr. White is currently scheduled for a pretrial status conference on August 29, 2024. I write to respectfully request that the Court adjourn the conference for approximately 60 days. On August 21, 2024, at a substitution of counsel hearing, Magistrate Ona Wang relieved prior counsel and appointed the undersigned to represent Mr. White. An adjournment would permit new counsel to review discovery and allow the parties to continue negotiations in the matter. This is Mr. White's second request for an adjournment and the government consents to this request. Accordingly, it is respectfully requested that the conference be adjourned to a date in approximately 60 days convenient to the Court.

      The defense consents to the exclusion of time under the Speedy Trial Act until the new date. We appreciate the Court's time and attention to this matter.

                                                Respectfully submitted,

                                                Michael D. Bradley
                                                *Attorney for Charles White*

cc:      AUSA Madison Smyser (*via ECF*)

Consent Letter Motion GRANTED.  The pretrial status conference previously set for August 29, 2024 is adjourned to October 31, 2024 at 11:00 a.m.  Speedy trial time is excluded from August 29, 2024 until October 31, 2024.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because of the need for Defendant's new counsel to have adequate time to review discovery, and to allow the parties to continue negotiations in this matter.

                              SO ORDERED.

Dated: August 27, 2024
        New York, New York

                              JENNIFER L. ROCHON
                              **United States District Judge**