

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 13, 2024

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Charles White*, **24 Cr. 239 (JLR)**

> Consent Letter Motion GRANTED. The status conference is adjourned from January 7, 2025 to **March 13, 2025 at 11:00 a.m.** Speedy trial time is excluded until March 13, 2025. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the need for the Defendant to further discuss potential resolution of this case.
>
> Dated: December 13, 2024
>         New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Dear Judge Rochon:

The parties jointly submit this letter respectfully to request an adjournment of the status conference in this case, currently scheduled for January 7, 2025, for approximately 60 days or as convenient for the Court, and to request the exclusion of time between January 7, 2025 and the date of the next conference pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties are continuing to engage in negotiations about a potential pre-trial resolution of this matter, and while those negotiations are progressing, we do not anticipate them being completed before January 7, 2025. As such, we respectfully request an adjournment of approximately 60 days, or as convenient for the Court, to continue negotiations.

The Government further submits that the ends of justice served by excluding time between January 7, 2025 and the date of the next conference outweigh the interest of the public and the defendant in a speedy trial, because that time will permit the parties to continue discussions of a potential pre-trial resolution of this matter. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Rebecca R. Delfiner
      Madison Smyser
      Ashley Nicolas
      Rebecca R. Delfiner
      Assistant United States Attorneys
      (212) 637-2381 / 2467 / 2427

cc:   All counsel of record (via ECF)