UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   v.<br><br>CHARLES WHITE,<br>                   Defendant. | Case No. 1:24-cr-00239 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      It is hereby ORDERED that the Court shall hold a telephone conference in this matter on June 27, 2025, at 4:30 p.m., regarding an urgent medical issue brought to the Court's attention. The call will take place in Courtroom 20B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  June 27, 2025
           New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge