

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

March 18, 2026

Joint Letter Motion GRANTED.  The sentencing is adjourned from April 2, 2026 to **April 9, 2026 at 2:30 p.m.**

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dated: March 18, 2026
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:     *United States v. Charles White*, 24 Cr. 239 (JLR)

Dear Judge Rochon:

The parties jointly submit this letter to respectfully request a one-week adjournment of the sentencing in this case, currently scheduled for April 2, 2026, to accommodate a scheduling conflict for the Government and to allow the defense additional time to prepare its sentencing submission. The parties understand the Court is available at 2:30 p.m. on April 9, 2026, and respectfully request that the defendant's sentencing be adjourned to that date and time, with the deadlines to file sentencing submissions moved in parallel.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:

/s/
Madison R. Smyser
Ashley C. Nicolas
Rebecca R. Delfiner
Assistant United States Attorneys
(212) 637-2381 / 2467 / 2427

cc:     All counsel of record (via ECF)